UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. BLAKLEY, | No. 2:16-cv-2277 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| C. MAITA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has requested that this action be dismissed without prejudice so that he may exhaust state remedies as to his claims. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to dismiss (ECF No. 13) is granted; and

2. This action is dismissed without prejudice.

Dated: February 14, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / blak2277.dismiss

1